UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON M. MCHENRY,

    Plaintiff,

                                            Case No. 14-14300

v.

                                            Hon. John Corbett O'Meara

COMMISSIONER OF             Magistrate Judge Stephanie Dawkins Davis
SOCIAL SECURITY,

    Defendant.
_____/

## ORDER ADOPTING REPORT
## AND RECOMMENDATION

      Before the court is Magistrate Judge Stephanie Dawkins Davis's report and recommendation, dated March 1, 2016. In this action for social security benefits, the parties moved for summary judgment on the administrative record. Magistrate Judge Davis recommends that the court grant Defendant's motion and deny Plaintiff's motion, affirming the decision of the Commissioner to deny Plaintiff benefits. Plaintiff submitted objections on March 11, 2016, to which Defendant responded.

      With respect to reports and recommendations from magistrate judges, this court "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28

U.S.C. § 636(b)(1)(C). The court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate." Id.

Having reviewed the record and Plaintiff's objections, the court agrees with Magistrate Judge Davis's analysis and recommendation.

Accordingly, IT IS HEREBY ORDERED that Magistrate Judge Davis's March 1, 2016 report and recommendation is ADOPTED.

IT IS FURTHER ORDERED that Plaintiff's motion for summary judgment is DENIED and Defendant's motion for summary judgment is GRANTED.

                                              s/John Corbett O'Meara
                                              United States District Judge

Date: March 30, 2016

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, March 30, 2016, using the ECF system.

                                              s/William Barkholz
                                              Case Manager